Jonathan R. Lagarenne
Christopher R. Kinkade
Anthony J. Noonan
**FOX ROTHSCHILD LLP**
997 Lenox Drive
Lawrenceville, NJ  08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469

*Attorneys for Plaintiff LMT Mercer Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LMT MERCER GROUP, INC., | Case No. |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| HOMELAND VINYL PRODUCTS, INC. | **(Jury Trial Demanded)** |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff LMT Mercer Group, Inc. states that it does not have a parent corporation, nor is there any publicly-held corporation that owns 10% or more of its stock.

Plaintiff understands that under Rule 7.1, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: February 28, 2020     By:     s/Christopher R. Kinkade
                                     Christopher R. Kinkade
                                     FOX ROTHSCHILD LLP
                                     997 Lenox Drive
                                     Lawrenceville, NJ 08648-2311
                                     Telephone: 609-896-3600
                                     Facsimile: 609-896-1469

                                     *Attorneys for Plaintiff LMT Mercer Group, Inc.*